United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAHAMEDI IP LAW, LLP, et al.,
Plaintiffs,

v.

PARADICE & LI, LLP, et al.,
Defendants.

Case No. 5:16-cv-02805-EJD

**ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO STAY DISCOVERY**

Re: Dkt. No. 54

On February 2, 2017, Defendant William Paradice filed an ex parte application for a temporary restraining order and preliminary injunction to stay discovery pending this Court's ruling on Paradice's motion to compel arbitration. Dkt. No. 54.

The Court construes Paradice's application as an administrative motion to stay discovery. Plaintiffs may file an opposition brief by Tuesday, February 7, 2017, limited to ten pages of text. Paradice may not file a reply brief. The matter will be deemed submitted for decision and the Court will issue a ruling based on the pleadings.

All discovery shall be temporarily stayed until the Court issues an order on whether to grant Paradice's motion to stay discovery.

**IT IS SO ORDERED.**

Dated: February 3, 2017

EDWARD J. DAVILA
United States District Judge