United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAHAMEDI IP LAW, LLP, et al.,

Plaintiffs,

v.

PARADICE & LI, LLP, et al.,

Defendants.

Case No. 5:16-cv-02805-EJD

**ORDER:**

**DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER; AND**

**GRANTING PRESERVATION OF EVIDENCE**

Re: Dkt. No. 60

On February 16, 2017, Plaintiffs filed an ex parte application for (1) a temporary restraining order and order to show cause why a preliminary injunction should not issue and (2) an evidence preservation order. Plaintiffs and Defendant Paradice appeared for a hearing on February 17.

Plaintiffs seek an order enjoining Paradice from using, disclosing, or destroying information he allegedly misappropriated; directing Paradice to return that information to Plaintiffs; and ordering preservation of evidence on Paradice's electronic devices. Id. at 2.

United States District Court
Northern District of California

For good cause shown, the Court orders as follows:

1. Plaintiffs' application for a temporary restraining order is DENIED.
2. A forensics expert (as selected by the parties), using a protocol agreed to by the parties, shall forensically clone or mirror Paradice's personal and work computers, his iPad, and any other computer drives (both local or stored offsite or in the "cloud") that were used to store (even temporarily) Plaintiffs' confidential, proprietary, or trade secret information.
3. The parties shall designate a third party to maintain custody of the mirrored data. The parties shall report that third party's identity and contact information to the Court.
4. No party shall access or modify the mirrored data in any way unless this Court orders otherwise.
5. Plaintiffs shall bear the cost of the evidence preservation measures described above.

**IT IS SO ORDERED.**

Dated: February 17, 2017

EDWARD J. DAVILA
United States District Judge