United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAHAMEDI IP LAW, LLP, et al.,
Plaintiffs,

v.

WILLIAM PARADICE,
Defendant.

Case No. 5:16-cv-02805-EJD

**ORDER DENYING MOTION FOR CLARIFICATION**

Re: Dkt. No. 84

On February 17, 2017, this Court issued an order granting Plaintiff's request for evidence preservation. Dkt. No. 69.

On March 27, 2017, Plaintiff filed a motion seeking clarification of the Court's preservation order. Dkt. No. 84.

At a hearing on April 13, 2017, counsel for both parties indicated that they had reached an agreement regarding the scope of the evidence preservation order. Accordingly, Plaintiff's motion for clarification (Dkt. No. 84) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: April 13, 2017

EDWARD J. DAVILA
United States District Judge