UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAHAMEDI IP LAW, LLP, et al.,

    Plaintiffs,

v.

WILLIAM PARADICE,

    Defendant.

Case No. 5:16-cv-02805-EJD

**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Re: Dkt. Nos. 112, 117

Mahamedi filed his first amended complaint on August 22, 2016. Dkt. No. 11. On November 18, 2016, Mahamedi filed a motion for leave to file a second amended complaint ("SAC"). Dkt. No. 25. That motion is scheduled to be heard on July 6, 2017.

On May 4, 2017, Mahamedi moved to withdraw his motion for leave to file an SAC. Dkt. No. 112. Paradice opposes Mahamedi's motion to withdraw. Dkt. No. 115. The SAC would add Manuel Chavez as a defendant, as well as other new facts and claims against Paradice. Id. at 2. According to Paradice, Mahamedi seeks to withdraw his SAC because he has decided to pursue his claims against Chavez in a separate state-court action. Id. Paradice argues that Mahamedi's decision is improper because it constitutes an "end-run [around] many of this Court's rulings in

1

Case No.: 5:16-cv-02805-EJD
ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

this case, including most notably the Court's stay on discovery." Id.

The Court finds that Paradice has not provided an adequate basis for requiring Mahamedi to file his SAC in this case. Accordingly, Mahamedi's motion to withdraw (Dkt. No. 112) is GRANTED.

On June 27, Mahamedi moved to continue the July 6 hearing on his motion to withdraw. Dkt. No. 117. Because the Court grants Mahamedi's motion to withdraw, the July 6 hearing is VACATED and Mahamedi's motion to continue the hearing (Dkt. No. 117) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: June 29, 2017

EDWARD J. DAVILA
United States District Judge